IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 28 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| WILLIAM CURTIS AND | * | |
| KIMBERLY CURTIS | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. C-00-107 |
| | * | |
| NORTHFIELD INSURANCE COMPANY | * | |
| AND TEXAS WINDSTORM INSURANCE | * | |
| ASSOCIATION | * | |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with this Court's **ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES**, Plaintiffs, William Curtis and Kimberly Curtis, hereby disclose the following persons and entities with a financial interest in the outcome of this litigation:

1. Plaintiff:  William Curtis and Kimberly Curtis
   341 Stages
   Corpus Christi, TX 78412

2. Attorney for Plaintiffs:  Ward H. Thomas, Jr.
   Ward H. Thomas, Jr., P.C.
   American Bank Plaza
   711 N. Carancahua, Suite 1112
   Corpus Christi, TX 78475
   (361) 887-8777 (Telephone)
   (361) 887-6827 (Telefax)

3. Defendants:  Northfield Insurance Company
   P.O. Box 64643
   St. Paul, Minnesota 55164-0643

mah:\data\curtis\disclosure-of-interested-parties

Page 1

                                      Texas Windstorm Insurance Association
                                      5700 South MoPac Expressway
                                      Building C, Suite 300
                                      Austin, TX 78739

4.       Attorney for Defendant        Robert J. Killeen, Jr.
          Northfield Insurance Company:  Byron Wilson
                                          Killeen & Fierro, P.L.C.
                                          1717 St. James Place, Suite 620
                                          Houston, TX 77056
                                          (713) 626-5100 (Telephone)
                                          (713) 626-4545 (Telefax)

                                            Respectfully submitted,

                                            By_____
                                            Ward H. Thomas, Jr.
                                            State Bar No. 19870800, Adm. No. 323
                                            WARD H. THOMAS, JR., P.C.
                                            American Bank Plaza
                                            711 N. Carancahua, Suite 1112
                                            Corpus Christi, TX 78475
                                            (512) 887-8777 (Telephone)
                                            (512) 887-6827 (Telefax)
                                            **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document has been served in accordance with all applicable rules upon the following on this __28th__ day of March, 2000:

**Robert J. Killeen, Jr.**
**Byron Wilson**
**Killeen & Fierro, P.L.C.**
**1717 St. James Place, Suite 620**
**Houston, TX 77056**
**<u>Via Fax #(713) 626-4545</u>**
**<u>and Regular Mail</u>**

                                            _____
                                            Ward H. Thomas, Jr.