United States District Court
Southern District of Texas
FILED

APR 04 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM CURTIS AND KIMBERLY CURTIS | § § § | |
| V. | § | C.A. NO. C00-107 |
| NORTHFIELD INSURANCE COMPANY | § § § | |

**JOINT MOTION TO REMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, William and Kimberly Curtis, and Defendant, Northfield Insurance Company, and files this Joint Motion to Remand, and respectfully show the Court as follows:

I.

On March 13, 2000, Defendant removed of this case from the 105th Judicial Court of Neuces County, Texas, invoking this Court's diversity jurisdiction. After filing the Notice, Defendant learned that Plaintiffs had previously amended their state court petition and named an additional defendant whose residency destroys the diversity jurisdiction of this Court.

4.

ClibPDF - www.fastio.com

II.

As this Court lacks diversity jurisdiction in this case, Plaintiffs, William and Kimberly Curtis, and Defendant, Northfield Insurance Company, jointly request that the Court remand the case to the 105th Judicial Court of Neuces County, Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, William and Kimberly Curtis, and Defendant, Northfield Insurance Company, jointly pray, that for the reasons cited above, that the Court will remand the case to the 105th Judicial Court of Neuces County, Texas.

Respectfully submitted,

By:______________________

Robert J. Killeen, Jr.
Texas Bar No. 11407000
1717 St. James Place, Suite 620
Houston, Texas 77056

ATTORNEY-IN-CHARGE FOR NORTHFIELD INSURANCE COMPANY

and

By:______________________

Ward H. Thomas, Jr.
Ward H. Thomas, Jr., P.C.
1112 American Bank Plaza
Corpus Christi, Texas 78475

ATTORNEY -IN-CHARGE FOR WILLIAM AND KIMBERLY CURTIS



ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM CURTIS AND | § | |
| KIMBERLY CURTIS | § | |
| | § | |
| V. | § | C.A. NO. C00-107 |
| | § | |
| | § | |
| NORTHFIELD INSURANCE COMPANY | § | |

**ORDER**

On the ______ day of _________, 2000, the court considered the parties' Joint Motion to Remand, and

FINDS that diversity jurisdiction is lacking, and the case is hereby

REMANDED to the 105th Judicial District Court of Nueces County, Texas.

SIGNED on _________, 2000.

_______________________________
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

By: ______________________________
Robert J. Killeen, Jr.
ATTORNEY-IN-CHARGE FOR
NORTHFIELD INSURANCE COMPANY

By: ______________________________
Ward H. Thomas, Jr.
ATTORNEY -IN-CHARGE FOR
WILLIAM AND KIMBERLY CURTIS



ClibPDF - www.fastio.com