IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR - 7 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WILLIAM CURTIS AND<br>KIMBERLY CURTIS | §<br>§<br>§ | |
| V. | §<br>§ | C.A. NO. C00-107 |
| | §<br>§ | |
| NORTHFIELD INSURANCE COMPANY | § | |

## ORDER

On the ____7____ day of _____, 2000, the court considered the parties' Joint Motion to Remand, and

FINDS that diversity jurisdiction is lacking, and the case is hereby

REMANDED to the 105th Judicial District Court of Nueces County, Texas.

SIGNED on _____, 2000.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

By:_____
Robert J. Killeen, Jr.
ATTORNEY-IN-CHARGE FOR
NORTHFIELD INSURANCE COMPANY

By:_____
Ward H. Thomas, Jr.
ATTORNEY-IN-CHARGE FOR
WILLIAM AND KIMBERLY CURTIS

3